1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PETER THOMPSON
   Acting Regional Chief Counsel
3  PATRICK WILLIAM SNYDER
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4858
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MARTIN HEFFINGTON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-00031-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S LETTER BRIEF<br><br>(ECF No. 16) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 60 days to serve her letter brief this case, to January 3, 2022, with Plaintiff's Opening Brief Due February 2, 2022 and Defendant's Responsive Brief due March 4, 2022 and any reply brief due March 21, 2022.

The undersigned attorney for Defendant needs more time to respond to Plaintiff's settlement letter. The undersigned was brought back early from a detail with SSA headquarters to help with an influx of cases that has occurred at the same time as numerous attorney departures. In the last 60 days, the undersigned has worked to identify, handle, and calendar over 100 active cases in the Central District of California that need reassignment due to attorneys on leave or who

have departed the agency. The undersigned is also working to process cases stayed in this District, and hopes that the agency can soon begin processing and serving eCARs for 15 cases a week. In efforts to process, calendar, and reassign these backlogged cases, Defendant seeks this extension of 60 days to be able to review Plaintiff's letter brief and respond to it.

Respectfully submitted,

DATE: November 11, 2021   */s/ Jonathan Pena*
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: November 11, 2021   By   */s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation, IT IS ORDERED that Defendant is granted a sixty (60) day extension, *i.e.*, until January 3, 2022, to serve Plaintiff with Defendant's response to Plaintiff's letter brief. If this case proceeds past informal briefing, Plaintiff's opening brief is due February 2, 2022, Defendant's responsive brief is due March 4, 2022, and any reply brief is due March 21, 2022.

IT IS SO ORDERED.

Dated:   **November 10, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2