PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CA SBN 275286
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4803
    Facsimile: (415) 744-0134
    E-Mail: andrea.banks@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAY MARTIN HEFFINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00031-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 23) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

| | | |
|---|---|---|
| 1 | Dated:  May 3, 2022 | /s/  *Jonathan Pena* * |
| 2 | | (*as authorized via e-mail on April 28, 2022) |
| 3 | | JONATHAN PENA |
| | | Attorney for Plaintiff |

DATED: May 3, 2022        PHILIP. A. TALBERT
                          United States Attorney
                          PETER K. THOMPSON
                          Acting Regional Chief Counsel, Region IX
                          Social Security Administration

                     By:  /s/  *Andrea Banks*
                          ANDREA BANKS
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

**<u>ORDER</u>**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 23), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **May 4, 2022**   /s/ Erica P. Grosjean
                         UNITED STATES MAGISTRATE JUDGE